1034

[Nos. 41170-5-I; 42495-5-I.  Division One.  May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN L. LEIGH, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 96-1-01351-4, Paul D. Hansen, Ronald L. Castleberry, and Richard J. Thorpe, JJ., entered July 23, 1997, and March 20, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 41188-8-I.  Division One.  May 10, 1999.]

SEATTLE VIETNAM VETERANS' LEADERSHIP PROGRAM, *Appellant*, v. GEORGE STEWART, ET AL., *Defendants*, INDIANA LUMBERMEN'S MUTUAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-01988-7, Joan DuBuque, J., entered May 6, 1997. *Reversed* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ.

[No. 41247-7-I.  Division One.  May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO E. CARRIZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01854-1, Nicole MacInnes, J., entered August 29, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41369-4-I.  Division One.  May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EVERETT GIROUARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00627-5, Jeanette R. Burrage, J., entered September 8, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Cox, JJ.